## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| United States of America, | ) | CASE NO. 4:00CR360 |
| Plaintiff, | ) | |
| | ) | Judge John R. Adams |
| - vs - | ) | **O R D E R** |
| John D. Hafner | ) | |
| Defendant. | ) | |

This matter was set for sentencing on January 8, 2007. Magistrate Judge Limbert filed a Report and Recommendation finding Defendant had violated his Supervised Release conditions. The defendant was present and represented by counsel. Upon consideration of the report and recommendation with no objections filed, the Court finds that the terms of the defendant's supervised release have been violated as follows:

1) Law Violation - On 01/10/2006, Mr. Hafner was charged by the Boardman Police Department with Domestic Violence (M-1), IdentityTheft (M-1), Forgery (2 Cts.)(F-5), and Receiving Stolen Property (2Cts.)(F-5).

2) Failure to Attend Scheduled Drug/Alcohol Aftercare Appointments - the offender
failed to attend scheduled drug/alcohol appointments at PsyCare Inc., on 01/17/2006, 01/18/2006 and 01/19/2006.

3) Failure to Maintain Full-Time Legitimate Employment - The offender has not maintained employment since his supervised release commenced.



4) Law Violation - Entering a plea of guilty to Domestic Violence.

Therefore, the defendant is committed to the custody of the Bureau of Prisons for a period of (12) months. The defendant is granted credit for time already served in relation to this matter since 12/20/06.

Further, the defendant's term of supervised release is revoked and no further supervision is ordered.

The defendant is remanded to the custody of the United States Marshal, Akron, Ohio.

IT IS SO ORDERED.

Date: January 9, 2007

s/John R. Adams
JOHN R. ADAMS
UNITED STATES DISTRICT JUDGE